DONOHUE v. JOYCE et al.

(Supreme Court, General Term, Second Department.   May 9, 1892.)

FRAUDULENT CONVEYANCES—WANT OF CONSIDERATION—RELATION BETWEEN PARTIES.
A finding that a conveyance by a debtor to his son for a small sum, afterwards used by the father to pay taxes on the property conveyed, was made to defraud creditors, will not be disturbed, where the proof is clear, and no exceptions appear in the case.

Appeal from special term, Westchester county.

Action by Walter J. Donohue, as receiver of Alexander Joyce, against Alexander Joyce, Alexander Joyce, Jr., and George W. Horton, to set aside a conveyance of real estate by Alexander Joyce to Alexander Joyce, Jr., as fraudulent. Judgment for plaintiff. The defendants Joyce appeal. Affirmed.

Argued before BARNARD, P. J., and PRATT, J.

Allen Taylor, for appellants.   John F. Brennan, for respondent.

PRATT, J.   The evidence is satisfactory that the house and lot were worth $4,000, that is to say, about $750 above the incumbrances.   By the arrangement between the defendants the father conveyed the property to the son for substantially no consideration; that is to say, the small sum which the son was considered to pay was used by the father to pay the taxes on the place which he had just conveyed to the son.   It is entirely plain that the pretense of a consideration moving to the father was but colorable, and was an effort to so obscure the nature of the transaction as to make the property safe from the father's creditors.   The proofs were clear, and required the judgment that was given.   No exceptions appear in the case.   Had exceptions been filed, they would have been unavailable, as we find no errors.